JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASIBULLAH NAWABI,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 8:24-cv-02778-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

Date: March 23, 2026

_____

STEVE KIM
United States Magistrate Judge